## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ACCESS FOR THE DISABLED, INC.,** a Florida Not-For-Profit Corporation, and **DENISE PAYNE, Individually,** | : : Case No.: 08-cv-7005 : : |
| **Plaintiffs,** | : |
| v. | : : |
| **RICH OAK LAWN HOTEL, LLC, A Foreign Limited Liability Company,** | : : : |
| **Defendant.** | : : |

### PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs hereby dismiss the instant case with prejudice pursuant to a confidential settlement agreement.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this May 8, 2009.

1

Respectfully submitted,

Attorney for Plaintiffs:

  /s/ Thomas B. Bacon   

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328
ph. (954) 925-6488
fax (954) 237-1990
tbb@thomasbaconlaw.com